UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LISA BERGMAN,

    Petitioner,

v.

Case No. 17-cv-13506
Hon. Matthew F. Leitman

SHAWN BREWER, WARDEN,

    Respondent.
_____/

# JUDGMENT

The above entitled action came before the Court on a petition for a writ of habeas corpus. In accordance with the Opinion and Order entered on this day:

**IT IS ORDERED AND ADJUDGED** that the petition for a writ of habeas corpus is **DENIED**.

**IT IS FURTHER ORDERED** that a certificate of appealability is **GRANTED IN PART AND DENIED IN PART**.

**IT IS FURTHER ORDERED** that permission to appeal *in forma pauperis* is **GRANTED**.

    KINIKIA ESSIX
    CLERK OF COURT

By:   s/Holly A. Monda
      Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN      Dated: June 4, 2021
United States District Judge      Flint, Michigan

1